IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE DENORIS MCCLENDON, # 242208, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL CASE NO. 2:21-cv-306-ECM ) (WO) |
| K. CASH, | ) ) |
| Defendant. | ) |

_____

| | |
|---|---|
| WILLIE DENORIS MCCLENDON, # 242208, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL CASE NO. 2:21-cv-309-ECM ) (WO) |
| OTIS SMITH, | ) ) |
| Defendant. | ) |

_____

| | |
|---|---|
| WILLIE DENORIS MCCLENDON, # 242208, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL CASE NO. 2:21-cv-310-ECM ) (WO) |
| M. ROGERS, | ) ) |
| Defendant. | ) |

_____

| | |
|---|---|
| WILLIE DENORIS MCCLENDON, # 242208, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL CASE NO. 2:21-cv-311-ECM ) (WO) |
| WILLIAM A. TATE, | ) ) |
| Defendant. | ) |

## FINAL JUDGMENT

In accordance with the order entered on this date adopting the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the Court that this case is DISMISSED without prejudice.

The Clerk is DIRECTED to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 4th day of January, 2023.

                          /s/ Emily C. Marks  
                         EMILY C. MARKS  
                         CHIEF UNITED STATES DISTRICT JUDGE